[No. 21528-8-III.   Division Three.   July 31, 2003.]

DON MILLS, *Appellant*, v. JACK BAUGHER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 00-2-00652-6, Heather K. Van Nuys, J., entered September 27, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 49884-3-I.   Division One.   August 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY WAYNE EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07184-6, Carol A. Schapira, J., entered January 22, 2002. *Remanded* by unpublished per curiam opinion.

[No. 50255-7-I.   Division One.   August 4, 2003.]

SHAWN D. SCOTT, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-18104-9, Bruce W. Hilyer, J., entered July 11, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 50271-9-I.   Division One.   August 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER DEAN WIRTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-01543-1, Gerald L. Knight, J., entered April 1, 2002. *Affirmed* by unpublished per curiam opinion.